FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

05 DEC 15 PM 3:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN - MEMPHIS

TERESA TIPTON,

    Plaintiff

vs.                                        Civil Action No: 04-2942 M1 An

ANSWERING MEMPHIS

    Defendant

## [ ] ORDER GRANTING LEAVE TO FILE A REPLY

AND NOW, this __15__ day of __Dec.__ 2005, the Court having considered the Defendant's Motion for Leave to File a Reply to Plaintiff's Response to Defendant's Motion to Dismiss, the Defendant's Motion is hereby **GRANTED**.

It is hereby **ORDERED** that the Defendant may file a reply to the Plaintiff's Response to Defendant's Motion to Dismiss. Defendant's Reply to the Plaintiff's Response to Defendant's Motion to Dismiss, included as an attachment to its Motion for Leave, is deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

_____
The Honorable Jon Phipps McCalla
Judge, U.S. District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __12-16-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02942 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Teresa Tipton
794 Spring Street
Memphis, TN 38112

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT