# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **Teresa Tipton** | ) | |
| | ) | |
| **Plaintiff and** | ) | Case No.  2:04cv2942 Ml/an |
| **Counter Defendant,** | ) | |
| v. | ) | |
| | ) | |
| **Answering Memphis** | ) | |
| | ) | |
| **Defendants and** | ) | |
| **Counter Claimant.** | ) | |

_____

### ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT
_____

Upon the Motion for Entry of Default by Defendant/Counter Claimant, Answering Memphis entered on August 17, 2006 entry of **DEFAULT IS HEREBY GRANTED** against the Plaintiff/Counter Defendant, Teresa Tipton  pursuant to  FRCP 55(a).

On May 30, 2006, Answering Memphis filed an Amended Answer and Counterclaim which was served by way of the U.S. District Court electronic mail noticing system on May 30, 2006. Plaintiff/Counter Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named Plaintiff/Counter Defendant, Teresa Tipton is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 17th day of August, 2006.

THOMAS M. GOULD
Clerk of Court

By:       s/Judy Easley
            Deputy Clerk